IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES SPRINGER,**

        **Plaintiff,**

v.

                                **Civil Action No.**

**MICHELLE LUJAN GRISHAM,
OFFICE OF THE GOVERNOR,
PATRICK ALLEN, and
NM DEPARTMENT OF HEALTH,**

### DECLARATION OF JAMES SPRINGER

I, James Springer declare:

1. I am a resident of Torrance County, New Mexico.

2. I am familiar with the contents of the Complaint and the Motion for TRO and Preliminary Injunction in this matter, and I verify that they are true and correct to the best of my knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is executed this 12th day of September 2023.

                                                                _/s/ James Springer_
                                                                James Springer