IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER

    Plaintiff(s),

vs.                                  No. CIV

MICHELLE LUJAN GRISHAM, et al.,

    Defendant(s).

## INFORMATION SHEET FOR T.R.O.

**Attorney(s) for Plaintiff(s):** *(include phone #)*

A. Blair Dunn, Esq. abdunn@ablairdunn-esq.com and Jared R. Vander Dussen, Esq.; warba.llp.jared@gmail.com (505) 750-3060;

**Attorney(s) for Defendant(s):** *(include phone #)* Holly Agajanian - (505) 476-2210; holly.agajanian@exec.nm.gov

**Nature of Underlying Claim:** *(contract, tort, environment, etc.)*

Civil Rights Violation

**Jurisdiction:** *(Cite Statutes)*

23 U.S.C. 1331; 42 U.S.C. 1983; 28 U.S.C. 2201; 28 U.S.C. 1391(b)

**Precise statement of activity sought to be restrained or compelled:**

Temporary Restraining Order and Preliminary Injunction prohibiting the enforcement of all the Governor's Public Health Orders attached to the Complaint and Motion

## HEARING

**Estimated length of hearing:** 1 hour

**Request hearing to be set for:** *(Select one)*

◯ Today    ◯ Tomorrow    ⦿ Within One Week    ◯ Within Ten Days

## NOTICE

Are all parties represented by counsel at this time?    ☒ Yes    ◯ No

Have the opposing party(ies) and their attorney(s) been notified?    ⦿ Yes    ◯ No

    If answer is yes, when?    September 12, 2023 via email to holly.agajanian@exec.nm.gov

    If answer is no, why not?

**Notice given by:**    ☐ Phone    ☐ Fax    ☐ Letter    ☐ In Person    ☒ Other