IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

        Plaintiff,

v.

                                       Civil Action No. 1:23-cv-00781-DHU-LF

MICHELLE LUJAN GRISHAM,
OFFICE OF THE GOVERNOR,
PATRICK ALLEN, and
NM DEPARTMENT OF HEALTH,

**DECLARATION OF A. BLAIR DUNN, ESQ.**

I, A. Blair Dunn declare:

1. I am the lead counsel in the above captioned matter.

2. I was the lead counsel in the matter of *Kittner v. Schmidt-Nowara et al.*.

3. Judge David Urias was a defendant in that matter that contained allegations that he had committed legal malpractice.

4. I took Judge Urias's deposition that matter and I concerned that while our interaction was pleasant that it is reasonable that he took the lawsuit as personal and could reasonably be questioned to hold a bias against me that is imparted to any of my clients appearing in front of him.

5. Given the urgent timetables of a hearing set for tomorrow I am offering this declaration on behalf of my client in lieu of an affidavit from him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is executed this 12th day of September 2023.

*/s/ A. Blair Dunn*

A. Blair Dunn, Esq.

1