IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES SPRINGER,**

        **Plaintiff,**

**v.**

        **Civil Action No. 1:23-cv-00781-DHU-LF**

**MICHELLE LUJAN GRISHAM,**
**OFFICE OF THE GOVERNOR,**
**PATRICK ALLEN, and**
**NM DEPARTMENT OF HEALTH,**

        **Defendants.**

## CERTIFICATE OF SERVICE

COMES NOW, Plaintiffs, by and through undersigned counsel Western Agriculture, Resource and Business Advocates, LLP (A. Blair Dunn, Esq., Jared R. Vander Dussen, Esq. and Zach Cook) certify that a copy of the Complaint and Summons were served upon Defendants via email to counsel Holly Agajanian who accepted service of the same on September 14, 2023.

    WESTERN AGRICULTURE, RESOURCE
    AND BUSINESS ADVOCATES, LLP

    */s/ A. Blair Dunn*
    A. Blair Dunn, Esq.
    Jared R. Vander Dussen, Esq.
    400 Gold Ave SW, Suite 1000
    Albuquerque, NM 87102
    (505) 750-3060
    abdunn@ablairdunn-esq.com
    warba.llp.jared@gmail.com

    Zach Cook, LLC

    */s/ Zach Cook*
    Zach Cook
    1202 Sudderth # 425
    Ruidoso, NM 88345
    (575) 937-7644

zach@zachcook.com

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.