IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

        Plaintiff,

v.

                                        Civil Action No. 1:23-cv-00781-DHU-LF

MICHELLE LUJAN GRISHAM,
OFFICE OF THE GOVERNOR,
PATRICK ALLEN, and
NM DEPARTMENT OF HEALTH,

### AFFIDAVIT OF JAMES SPRINGER

I, James Springer declare:

1. I have reviewed the filings of this case with my attorneys.

2. It is my understanding that my attorney has personally sued Judge Urias for legal malpractice.

3. I do not reasonably believe that the personal issue between Judge Urias and my attorney will allow him to act impartially towards me.

4. I specifically request that this matter upon these facts be reviewed by a different judge to examine if it may be reasonably questioned that Judge Urias has prejudice against me because of his personal issue with my lawyer.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is executed this 26th day of September 2023.

_____
James Springer

Subscribed and sworn to before me this __27__ day of __September__, 2023.

STATE OF NEW MEXICO
NOTARIAL OFFICER
JARED R. VANDER DUSSEN, ESQ.
NM BAR # 152758

__Jared R. Vander Dussen__
Notary Public

My commission expires: __N/A__