IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

      Plaintiff,

v.

                              Civil Action No. 1:23-cv-00781-KWR-LF

MICHELLE LUJAN GRISHAM,
OFFICE OF THE GOVERNOR,
PATRICK ALLEN, and
NM DEPARTMENT OF HEALTH,

### DECLARATION OF JAMES SPRINGER

I, James Springer declare:

1. I am a resident of Torrance County, New Mexico.

2. I am familiar with the contents of the Complaint and the Renewed Motion for TRO and Preliminary Injunction in this matter, and I verify that they are true and correct to the best of my knowledge.

3. I have been prohibited by the Second Amended Public Health order from lawfully carrying my firearm for my and my family's protection for most of the months of September and October at the parks that I attend for non-scholastic youth sporting events or just to enjoy the beautiful fall weather in Albuquerque during the balloon fiesta.

4. I also planned to organize and attend a rally in support of the Second Amendment to exercise my First Amendment rights by engaging in the expressive conduct of openly carrying a firearm in Civic Plaza but have been prohibited from doing so by the SAPHO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is executed this 26th day of October 2023.

*/s/ James Springer*
James Springer

# EXHIBIT 1