IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

    v.      No. 1:23-cv-00781 KWR/LF

MICHELLE LUJAN GRISHAM,
OFFICE OF THE GOVERNOR,
PATRICK ALLEN, and
NEW MEXICO DEPARTMENT OF HEALTH,

    Defendants.

### ORDER DIRECTING SERVICE AND SETTING BRIEFING SCHEDULE

THIS MATTER comes before the Court upon Plaintiff's Motion for Preliminary Injunction **(Doc. 10)**.

Considering the circumstances, the Court finds that briefing would be appropriate. If Plaintiff has not already done so, he shall provide immediate notice of his motion to Defendants, and shall also provide immediate notice of this order to the Defendants.[1] Plaintiff shall also serve the complaint and summons, the motion, and this order on the appropriate Defendants. Plaintiff shall file a certificate of service on the docket.

Defendants shall respond to the motion for preliminary injunction relief **(Doc. 10)** within **fourteen (14) days** of the filing of the motion. Plaintiff may reply within **fourteen (14) days** of the filing of the response. The parties should attach all evidence they wish the Court to consider, such as affidavits, or explain in detail why an evidentiary hearing is necessary.

    **IT IS SO ORDERED**.

---

[1] Defendants have not yet entered their appearance, therefore it appears they did not receive electronic notice of the motion through the court's ECF system.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE