IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES SPRINGER,**

        **Plaintiff,**

v.

                                                         **Civil Action No. 1:23-cv-00781-KWR-LF**

**MICHELLE LUJAN GRISHAM,**
**OFFICE OF THE GOVERNOR,**
**PATRICK ALLEN, and**
**NM DEPARTMENT OF HEALTH,**

        **Defendants.**

### CERTIFICATE OF SERVICE

This is to certify that a Summonses and Complaint were served upon Defendants by acceptance of the same by attorney Holly Agajanian via email on September 14, 2023. And the Court's Order, ECF Doc. 11 and the Renewed Motion for Preliminary Injunction was also served via email this day.

Respectfully submitted this 26th day of October 2023.

                                                  WESTERN AGRICULTURE, RESOURCE
                                                  AND BUSINESS ADVOCATES, LLP

                                                  */s/ A. Blair Dunn*
                                                  A. Blair Dunn, Esq.
                                                  Jared R. Vander Dussen, Esq.
                                                  400 Gold Ave SW, Suite 1000
                                                  Albuquerque, NM 87102
                                                  (505) 750-3060
                                                  abdunn@ablairdunn-esq.com
                                                  warba.llp.jared@gmail.com


                                                  Zach Cook, LLC

                                                  */s/ Zach Cook*
                                                  Zach Cook
                                                  1202 Sudderth # 425
                                                  Ruidoso, NM 88345

(575) 937-7644
zach@zachcook.com

2