IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

vs.                                          No. 1:23-cv-00781-KWR-LF

MICHELLE LUJAN GRISHAM,
OFFICE OF THE GOVERNOR,
PATRICK ALLEN, and
NM DEPARTMENT OF HEALTH,

    Defendants.

## ENTRY OF APPEARANCE

Holly Agajanian, Kyle P. Duffy and Cody R. Rogers hereby enter their appearance on behalf of Governor Michelle Lujan Grisham, Secretary Patrick Allen, and the New Mexico Department of Health.

Respectfully submitted,

*/s/ Holly Agajanian*
**HOLLY AGAJANIAN**
*Chief General Counsel to Governor Michelle Lujan Grisham*
**KYLE P. DUFFY**
*Deputy General Counsel to Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
(505) 476-2200
Holly.Agajanian@exec.nm.gov
Kyle.duffy@exec.nm.gov

SERPE ANDREWS, PLLC

/s/ Cody R. Rogers

1

`               Cody R. Rogers
                2540 El Paseo Road, Suite D
                Las Cruces, NM 88001
                (575) 288-1453
                crogers@serpeandrews.com

                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

                Respectfully submitted,

                */s/ Cody R. Rogers*
                Cody R. Rogers