IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

        Plaintiff,

v.

                                      Civil Action No. 1:23-cv-00781-KWR-LF

MICHELLE LUJAN GRISHAM,
OFFICE OF THE GOVERNOR,
PATRICK ALLEN, and
NM DEPARTMENT OF HEALTH,

        Defendants.

### NOTICE OF COMPLETION OF BRIEFING

COMES NOW, Plaintiff, by and through undersigned counsel of record, and hereby notifies the Court that briefing is complete on Plaintiff's *RENEWED MOTION FOR INJUNCTIVE RELIEF,* ECF Doc. No. 10.

1. Plaintiff's motion was filed October 24, 2023.

2. Defendant's Response, ECF Doc. No. 15, was filed on November 9, 2023.

3. Plaintiff's Reply, ECF Doc. 16, was filed November 13, 2023.

Briefing on the Motion is now complete and ready for the Court's consideration. Plaintiff is not requesting a evidentiary hearing, but is ready and willing to offer additional oral argument if such would be of aid to the Court.

                                              Respectfully submitted,

                                              WESTERN AGRICULTURE, RESOURCE
                                              AND BUSINESS ADVOCATES, LLP

                                              */s/ A. Blair Dunn*
                                              A. Blair Dunn, Esq.
                                              Jared R. Vander Dussen, Esq.
                                              400 Gold Ave SW, Suite 1000
                                              Albuquerque, NM 87102
                                              (505) 750-3060

abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com


Zach Cook, LLC

*/s/ Zach Cook*
Zach Cook
1202 Sudderth # 425
Ruidoso, NM 88345
(575) 937-7644
zach@zachcook.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.

2