## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JAMES SPRINGER,**

        **Plaintiff,**

v.

                                      **Civil Action No. 1:23-cv-00781-KWR-LF**

**MICHELLE LUJAN GRISHAM,**
**OFFICE OF THE GOVERNOR,**
**PATRICK ALLEN, and**
**NM DEPARTMENT OF HEALTH,**

        **Defendants.**

## NOTICE OF SUPPLEMENTAL INFORMATION

COMES NOW, Plaintiff, by and through undersigned counsel and respectfully give notice of the supplemental information that the Second Amended Public Health Order at issue in the pending motion for Preliminary Injunction has been extended to December 29, 2023 as detailed in Exhibit 1 hereto attached.

Respectfully submitted this 4th day of December 2023.

                                      WESTERN AGRICULTURE, RESOURCE
                                      AND BUSINESS ADVOCATES, LLP

                                      */s/ A. Blair Dunn*
                                      A. Blair Dunn, Esq.
                                      Jared R. Vander Dussen, Esq.
                                      400 Gold Ave SW, Suite 1000
                                      Albuquerque, NM 87102
                                      (505) 750-3060
                                      abdunn@ablairdunn-esq.com
                                      warba.llp.jared@gmail.com


                                      Zach Cook, LLC

                                      */s/ Zach Cook*
                                      Zach Cook
                                      1202 Sudderth # 425
                                      Ruidoso, NM 88345

(575) 937-7644
zach@zachcook.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.