# New Mexico governor renews executive orders on gun violence

By KOB
December 1, 2023 - 5:15 PM



ALBUQUERQUE, N.M. — New Mexico Gov. Michelle Lujan Grisham renewed executive orders Friday declaring gun violence and substance misuse public health emergencies.

The renewal extends the emergency to Dec. 29, 2023.

In her executive orders, Gov. Lujan Grisham ordered a coordinated response to these public health emergencies involving the Department of Health, Department of Homeland Security and Emergency Management, Department of Public Safety and Health Care Authority.

The updated executive orders will not have any changes from the prior versions and keep the current public health orders on gun violence and substance misuse in place.

Lt. Gov. Howie Morales signed the executive orders, as the governor is currently out of the state.

The governor will reportedly provide an update on the progress of the work around gun violence later this month. Data can be found on the **gun violence dashboard**.

For Related Stories:  **University of New Mexico**

**Watch Live**   **75 Years of KOB - Anniversary Special**   **Contact Us**   **4 Links**   **News**   **Weather**   **Sports**   **Traffic**   **Community**   **Vote**

**TV Schedule**

FCC Applications   Public Files   Terms of Use   Contest Rules   DMCA Notice   Careers   Hubbard Television Group Privacy Policy

Any person with disabilities who needs help accessing the content of the FCC Public File may contact KOB via our **online form**
or call 505-243-4411.

This website is not intended for users located within the European Economic Area.
© 2023 KOB-TV, LLC
A Hubbard Broadcasting Company



Case 1:23-cv-00781-KWR-LF   Document 18-1   Filed 12/04/23   Page 2 of 2



# EXHIBIT 1