IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

vs.                                                No. 1:23-cv-00781-KWR-LF

MICHELLE LUJAN GRISHAM,
OFFICE OF THE GOVERNOR,
PATRICK ALLEN, and
NM DEPARTMENT OF HEALTH,

    Defendants.

## DEFENDANTS' NOTICE OF APPEAL

Defendants Governor Michelle Lujan Grisham, Secretary Patrick M. Allen, and the New Mexico Department of Health (collectively, "Defendants"), by and through their counsel of record, hereby give notice of their appeal to the Tenth Circuit Court of Appeals of the Court's December 5, 2023, Memorandum Opinion and Order [Doc. 19] to the extent it enjoins enforcement of the public health order.

                                                        Respectfully submitted,

                                                        <u>/s/ Holly Agajanian</u>
                                                        **HOLLY AGAJANIAN**
                                                        *Chief General Counsel to Governor Michelle Lujan Grisham*
                                                        **KYLE P. DUFFY**
                                                        *Deputy General Counsel to Governor Michelle Lujan Grisham*
                                                        490 Old Santa Fe Trail, Suite 400
                                                        Santa Fe, New Mexico 87501
                                                        (505) 476-2200
                                                        Holly.Agajanian@exec.nm.gov
                                                        Kyle.duffy@exec.nm.gov

SERPE ANDREWS, PLLC

*/s/ Cody R. Rogers*
Cody R. Rogers
2540 El Paseo Road, Suite D
Las Cruces, NM 88001
(575) 288-1453
crogers@jarmielaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

Respectfully submitted,

*/s/ Holly Agajanian*
Holly Agajanian