IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JAMES SPRINGER,**

        **Plaintiff,**

**v.**

                              **Civil Action No. 1:23-cv-00781-KWR-LF**

**MICHELLE LUJAN GRISHAM,**
**OFFICE OF THE GOVERNOR,**
**PATRICK ALLEN, and**
**NM DEPARTMENT OF HEALTH,**

        **Defendants.**

## PLAINTIFF'S NOTICE OF CROSS APPEAL

Plaintiff James Springer, by and through his counsel of record, hereby give notice of his cross appeal to the Tenth Circuit Court of Appeals of the Court's December 5, 2023, Memorandum Opinion and Order [Doc. 19] to the extent denies Plaintiff's standing or denies injunctive relief sought by the Plaintiff.

Respectfully submitted this 12th day of December 2023.

        WESTERN AGRICULTURE, RESOURCE
        AND BUSINESS ADVOCATES, LLP

        */s/ A. Blair Dunn*
        A. Blair Dunn, Esq.
        Jared R. Vander Dussen, Esq.
        400 Gold Ave SW, Suite 1000
        Albuquerque, NM 87102
        (505) 750-3060
        abdunn@ablairdunn-esq.com
        warba.llp.jared@gmail.com


        Zach Cook, LLC

        */s/ Zach Cook*
        Zach Cook
        1202 Sudderth # 425
        Ruidoso, NM 88345

(575) 937-7644<br>
zach@zachcook.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2023, I filed the foregoing via the CM/ECF causing all parties of record to be served electronically.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.