IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

vs.                                                       No. 1:23-cv-00781-KWR-LF

MICHELLE LUJAN GRISHAM,
OFFICE OF THE GOVERNOR,
PATRICK ALLEN, and
NM DEPARTMENT OF HEALTH,

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Defendants Governor Michelle Lujan Grisham, Secretary Patrick M. Allen, and the New Mexico Department of Health (collectively, "Defendants"), by and through their counsel of record, hereby give notice to the Court that briefing is complete on Defendants' Emergency Motion for Stay Pending Appeal and Clarification. The briefing consists of the following:

    1.    Defendants' Emergency Motion for Stay Pending Appeal and Clarification, filed December 8, 2023 [Doc. 21]

    2.    Response in Opposition to Emergency Motion for Stay Pending Appeal and Clarification, filed December 12, 2023 [Doc. 26]

    3.    Defendants' Reply in Support of Emergency Motion for Stay Pending Appeal and Clarification, filed December 26, 2023 [Doc. 32].

    This matter is now ready for the Court's consideration.

Respectfully submitted,

*/s/ Holly Agajanian*
**HOLLY AGAJANIAN**
*Chief General Counsel to Governor Michelle Lujan Grisham*
**KYLE P. DUFFY**
*Deputy General Counsel to Governor Michelle Lujan Grisham*
490 Old Santa Fe Trail, Suite 400
Santa Fe, New Mexico 87501
(505) 476-2200
Holly.Agajanian@exec.nm.gov
Kyle.duffy@exec.nm.gov


SERPE ANDREWS, PLLC

*/s/ Cody R. Rogers*
Cody R. Rogers
2540 El Paseo Road, Suite D
Las Cruces, NM 88001
(575) 288-1453
crogers@jarmielaw.com

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2023, I filed the foregoing via the CM/ECF filing system, which caused all counsel of record to be served by electronic means.

Respectfully submitted,

*/s/ Holly Agajanian*
Holly Agajanian

2