UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

October 23, 2025

Mr. Mitchell R. Elfers  
United States District Court for the District of New Mexico  
Office of the Clerk  
333 Lomas N.W.  
Albuquerque, NM 87102

**RE:** 23-2192, 23-2194, Springer v. Grisham, et al  
Dist/Ag docket: 1:23-CV-00781-KWR-LF

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeals issued today. The court's October 1, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc: Holly Agajanian  
Thomas Mark Bondy  
Janet Carter  
Marcella Coburn  
Zachary J. Cook  
Kyle P Duffy  
A. Blair Dunn  
Keith Ellison  
Aaron M. Frey

Carina Bentata Gryting
Sarah A Hunger
Freya Jamison
Douglas Neal Letter
Jane Elinor Notz
Robert Hunter Owen
Kelly Marita Percival
Cody R. Rogers
William James Taylor
Caroline S. Van Zile


CMW/jm