IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES SPRINGER,

    Plaintiff,

    v.                                                     No. 1:23-cv-00781 KWR/LF

MICHELLE LUJAN GRISHAM,
OFFICE OF THE GOVERNOR,
PATRICK ALLEN, and
NEW MEXICO DEPARTMENT OF HEALTH,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER comes before the Court upon following a mandate from the United States Court of Appeals for the Tenth Circuit. *See* Doc. 38. The Tenth Circuit directed that the Court dissolve the preliminary injunction issued in this case due to lack of standing. Consistent with the Tenth Circuit's Order and Judgment, the Court dissolved the preliminary injunction (Doc. 19) entered in this case.

The Tenth Circuit also directed the Court to take action consistent with its Order and Judgment. Although the Tenth Circuit ruled on whether Plaintiff had standing to obtain a preliminary injunction, the standing analysis may also be applicable to the case as a whole. The Court directs Plaintiff to show cause why the Court should not dismiss this case for lack of standing. Plaintiff shall show cause why the Court should not dismiss the case for lack of standing within **fourteen (14) days** of the entry of this order for the reasons stated in the Tenth Circuit's opinion (Doc. 38). Defendants shall respond within **fourteen (14) days** of the filing of Plaintiff's

show cause brief.  The response may assert other bases for dismissing this case. Plaintiff shall file a reply within **fourteen (14) days** of the filing of Defendants' response.

    **IT IS SO ORDERED.**

                                                          /S/
                                        KEA W. RIGGS
                                        UNITED STATES DISTRICT JUDGE