# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

_____

JAMES SPRINGER,

      Plaintiff,

    v.                                        No. 1:23-cv-00781 KWR/LF

MICHELLE LUJAN GRISHAM,
OFFICE OF THE GOVERNOR,
PATRICK ALLEN, and
NEW MEXICO DEPARTMENT OF HEALTH,

      Defendants.

## <u>ORDER DISSOLVING INJUNCTION</u>

THIS MATTER comes before the Court upon following a mandate from the United States Court of Appeals for the Tenth Circuit, issued October 23, 2025.  *See* Doc. 38. The Tenth Circuit directed that this court dissolve the preliminary injunction issued in this case. Consistent with the Tenth Circuit's Order and Judgment, the Court dissolves the preliminary injunction (Doc. 19) entered in this case.

**IT IS SO ORDERED.**

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE